# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **ELRICK HARRIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:19-cv-919-MHT-KFP |
| | ) | |
| **HYUNDAI MOTOR MANUFACTURING OF ALABAMA, LLC,** | ) ) ) ) | UNOPPOSED |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO SEAL

Comes Defendant Hyundai Motor Manufacturing of Alabama, LLC ("HMMA" or "Defendant"), in the above-styled action and moves this Court, without opposition, to seal in this action Doc. 47, which Plaintiff filed today, and in support thereof, says as follows:

1. Defendant seeks, without objection, (see Attachment A), to have sealed the Objection (Doc. 47) Plaintiff filed today.

2. Defendant moved in Doc. 30 to prevent Plaintiff from using certain information Defendant contends is privileged, Plaintiff responded in Doc. 33, Defendant replied in Doc. 40, and Plaintiff Sur-Replied in Doc. 42.

3. This Court ordered in Doc. 39 that the Doc. 40 Reply be sealed, and in Doc. 44, that the Doc. 42 Sur-Reply be sealed, entering these orders on Defendant's

44787310 v1

1

motions (Docs. 36 and 43) because Defendant contended Docs. 40 and 42 discuss privileged information.

4. Defendant now seeks, without objection, to have Doc. 47 sealed for the same reason.

WHEREFORE, premises considered, Defendant respectfully requests its Motion be granted.

Respectfully submitted,

*/s/ John J. Coleman, III*
John J. Coleman, III
Attorney for Defendant

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, as well as by U.S. First Class Mail, hand delivery, fax or email on this the 6th day of January, 2021:

Mark G. Montiel, Jr.
MONTIEL HODGE, LLC
400 Poydras Street; Suite 2325
New Orleans, Louisiana  70130

*/s/ John J. Coleman, III*
OF COUNSEL

# ATTACHMENT A

# Hughes, Valentina

| | |
|---|---|
| **From:** | Mark Montiel <mmontiel@montielhodge.com> |
| **Sent:** | Wednesday, January 06, 2021 4:01 PM |
| **To:** | Coleman, John |
| **Cc:** | Hughes, Valentina |
| **Subject:** | Re: [EXTERNAL] Harris v. HMMA |

**[EXTERNAL EMAIL]**

No opposition to sealing it. My phone number is the same.

Sent from my iPhone

> On Jan 6, 2021, at 3:59 PM, Coleman, John <jcoleman@burr.com> wrote:
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Mark
>
> 1-need your new phone number (I see you moved)
>
> 2-The contents of this pleading reveal documents currently ordered under seal.  This objection, filed in open court, violates that order. Are you moving to have this objection sealed today, will you agree not to oppose my motion to do so,  or do I need to seek to enforce the Order?
>
> jjciii
>
> 
>
> John James Coleman III • *Partner*
> Burr & Forman LLP
>
> 420 North 20th Street , Suite 3400, Birmingham, Alabama 35203
>
> direct 205-458-5167 • fax 205-244-5623 • cell 205-335-7020
>
> jcoleman@burr.com • www.burr.com
>
> 360 Attorneys. 19 Offices. 1 Firm. Southeastern Strong.
>
> The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.
> <Doc#_44786903_v_1_Doc 47 Objection to Magistrate_s PO.PDF>