IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ELRICK HARRIS,                    )
                                  )
     Plaintiff,                   )
                                  )     CIVIL ACTION NO.
     v.                           )       2:19cv919-MHT
                                  )            (WO)
HYUNDAI MOTOR                     )
MANUFACTURING ALABAMA,            )
LLC,                              )
                                  )
     Defendant.                   )
```

ORDER

It is ORDERED that defendant Hyundai Motor Manufacturing Alabama, LLC's motion to strike (Doc. 78) is denied.

In resolving the pending summary-judgment motion, the court has implicitly considered the motion to strike as a notice of objections to the testimony described and has considered any related briefs as arguments on the objections. *See Norman v. Southern Guar. Ins. Co.*, 191 F. Supp. 2d 1321, 1328 (M.D. Ala. 2002); *Anderson v. Radisson Hotel Corp.*, 834 F. Supp. 1364, 1368 n. 1 (S.D. Ga. 1993). The court is capable

of sifting evidence, as required by the summary-judgment standard, without resort to an exclusionary process, and the court will not allow the summary-judgment stage to degenerate into a battle of motions to strike.

DONE, this the 16th day of June, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE