IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ELRICK HARRIS,           )<br>                          )<br>    Plaintiff,         )<br>                          )<br>    v.                    )<br>                          )<br>HYUNDAI MOTOR             )<br>MANUFACTURING ALABAMA,    )<br>LLC,                      )<br>                          )<br>    Defendant.            ) | CIVIL ACTION NO.<br>2:19cv919-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Hyundai Motor Manufacturing Alabama, LLC's motion for summary judgment (Doc. 60) is granted.

(2) Judgment is entered in favor of defendant Hyundai Motor Manufacturing Alabama, LLC and against plaintiff Elrick Harris, with plaintiff Harris taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Harris, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of June, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**